UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DAVID L. BOYKIN,<br><br>  Plaintiff,<br><br>v.<br><br>GREEN MOUNTAIN ENERGY COMPANY,<br><br>  Defendant. | Case No. 6:21-cv-00563-ADA-JCM |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, DAVID L. BOYKIN, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, GREEN MOUNTAIN ENERGY COMPANY, with prejudice, with all parties to bear their own attorney's fees and cost.

Dated: September 9, 2021

Respectfully submitted,

**DAVID L. BOYKIN**

By: */s/ Marwan R. Daher*

Marwan R. Daher, Esq.
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mdaher@sulaimanlaw.com